AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JORGE RUEDA LANDEROS | ) | Case No. 11-2462 CBD |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 26, 2011__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Jorge Rueda Landeros is wanted by the Montgomery County Police Department for the Murder of Sue Ann Marcum that occurred on 10/25/10. The warrant was issued on 4/16/2011 for 1st degree Murder. The investigation determined Landeros is living and working in Juarez, Mexico and is aware that he is wanted for murder. He has declined an offer to turn himself in to the Montgomery County Police Department. See attached Affidavit.

☒ Continued on the attached sheet.

+ Attached warrant from Montgomery Co., MD.

_Complainant's signature_

Special Agent Matthew J. Wilde, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 2, 2011

_Judge's signature_

City and state: Greenbelt, Maryland

Charles B. Day, United States Magistrate Judge
_Printed name and title_