11-2462CBD

## COMPLAINT AFFIDAVIT

### I. The Defendant.

The following affidavit is in support of a United States District Court Criminal Complaint for the arrest of the following:

**JORGE RUEDA LANDEROS**
Male, Hispanic
DOB: 12/31/1969
Unknown Address

### II. The Affiant.

Your affiant is Special Agent Mathew J. Wilde, of the Federal Bureau of Investigation (FBI). Your Affiant has been employed by the FBI since May of 2010, and has investigated federal criminal violations related to organized crime, gangs, and drug trafficking enterprises.

### III. Statement of Facts and Circumstances.

1. The information contained in this affidavit is based upon the personal observations of your affiant, and information received from other agents and detectives working with your affiant. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, not all of the information your affiant has about this investigation is included herein.

2. On 10/25/2010, Montgomery County, Maryland Police (MCPD) officers and Homicide Detectives responded to 6206 Massachusetts Avenue, Bethesda, Maryland for a report of a death that just occurred. Upon arrival, the Officers discovered a victim, later identified as SUE ANN MARCUM, who was pronounced dead at the scene. Initially, it appeared that MARCUM has been the victim of a home invasion/burglary however numerous items of value were left behind.

3. MCPD investigation determined that MARCUM fought with, and possibly knew her attacker. As part of the crime scene processing, swabs from the scene and MARCUM were obtained and submitted to the MCPD Laboratory for analysis. DNA profiles, foreign to MARCUM, were identified from those swabs.

4. An autopsy performed on MARCUM by the Chief Medical Examiner in Baltimore, Maryland determined that MARCUM's cause of death was a combination of blunt force trauma and asphyxia. Her death was ruled a homicide.

5. It was determined through investigation that MARCUM had met and had a personal relationship with JORGE RUEDA LANDEROS sometime in 2006. According to computer files examined from MARCUM'S home, it was apparent that MARCUM and LANDEROS became jointly involved in an investment fund which she made the initial contribution to in 2008. MCPD Detectives discovered a 2008 IRS form 1099 in MARCUM's name listing proceeds from this fund in excess of 100 million dollars.

6. A search of MARCUM's computer was conducted by MCPD. In recent electronic mail between MARCUM and LANDEROS it was clear that MARCUM, a University Professor who may have had an intimate relationship with LANDEROS, was increasingly uncomfortable with the fashion in which LANDEROS was handling and spending the account funds. During the search of MARCUM's residence investigators found a State Farm Life Insurance policy on MARCUM. State Farm Insurance was contacted by investigators and confirmed that LANDEROS is the sole beneficiary of a $500,000 life insurance policy in the event of MARCUM's death. Investigators learned from Border Patrols' records that LANDEROS crossed the border from Juarez, Mexico into the United States on 10/21/2010.

7. Detectives learned from border patrol records that LANDEROS was crossing the border between Juarez and El Paso, Texas on a regular basis to visit his father who resides in El Paso. MCPD contacted detectives from the El Paso Police Department and a stop order was placed on LANDEROS using his full name and date of birth. LANDEROS was stopped at the border and a buccal swab was obtained by the El Paso Police Department. The buccal swab was turned over to the MCPD and submitted to the MCPD Lab for analysis and comparison against the DNA profiles recovered from the crime scene.

8. On 04/15/2011, the Montgomery County Police Department laboratory reported that the DNA profile developed from LANDEROS' buccal sample identified him as the



source of several of the unknown DNA profiles obtained from MARCUM and items within her residence, to include what is believed to be the weapon used to strike MARCUM.

9. An arrest warrant was issued for LANDEROS for 1st Degree Murder on 4/16/2011. This warrant was entered into the NCIC Wanted Person file, NIC # W632535548. According to an NCIC Criminal History Check, LANDEROS has no identifiable prior record.

10. A local associate of LANDEROS contacted MCPD and advised them that LANDEROS was last seen in Juarez, Mexico by an old friend, ALBERTO GARCIA, telephone 52-1-656-285-0179. The local associate told MCPD that they had a dispute because GARCIA came home and LANDEROS had GARCIA's 12-year-old son locked in a room. Investigators with MCPD confirmed that LANDEROS was working at Cafebreria S&L, Circuito Jose Reyes Estrada No. 445-19, Torre Pronaf Orange as a yoga instructor. Investigators found an advertisement on the Internet that LANDERORS was working three days a week at the Cafebreria S&L, Circuito Jose Reyes Estrada No. 445-19, Torre Pronaf Orange for the month of May 2011. The advertisement included an article on LANDEROS' services.

11. On or about 05/23/2011, Detectives from the MCPD made contact with LANDEROS via electronic mail, rhetof@gmail.com and leaner@gmail.com. Investigators from MCPD received these e-mail addresses from LANDEROS' father as points of contact for LANDEROS. These same e-mail addresses were also listed as points of contact for LANDERORS on MARCUM's computer. LANDEROS acknowledged that he was aware that an arrest warrant and an INTERPOL Red Notice were issued for his arrest. He declined the offer to turn himself into MCPD.



12. On June 2, 2011, MCPD homicide investigator, Paula Hamill, was notified that LANDEROS had contacted a Washington Post Reporter, Dan Morse, and stated that he was in Mexico and that he was innocent of all charges and would not be surrendering.

## IV. Conclusion.

13. Your affiant therefore requests that a Complaint and Warrant be issued for the arrest of JORGE RUEDA LANDEROS, in violation of Title 18 United States Code, §1073 (1) specifically. Whoever moves or travels in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees.

Special Agent Mathew J. Wilde
Federal Bureau of Investigation
Baltimore, Maryland

Subscribed and Sworn to me on this _____ day of June, 2011

Charles B. Day
United States Magistrate Judge